**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COMPLEX MEMORY, LLC,<br><br>　　　　　　　　　　Plaintiff<br><br>　　-against-<br><br>TEXAS INSTRUMENTS, INC. and SVTRONICS, INC.,<br><br>　　　　　　　　　　Defendants | Civil Action No.: 2:17-cv-699<br><br>**Jury Trial Demanded** |

**NOTICE OF APPEARANCE OF COUNSEL**

Pursuant to Local Rule CV-77, please take notice that Andrey Belenky is entering an appearance as attorney to be noticed in the above-captioned action on behalf of Plaintiff, Complex Memory, LLC:

　　Andrey Belenky
　　New York State Bar No. 4524898
　　KHEYFITS P.C.
　　1140 Avenue of the Americas, 9th Floor
　　New York, New York 10036
　　Telephone: (212) 203-5399
　　abelenky@kheyfits.com

　　Mr. Belenky is admitted to practice in the Eastern District of Texas as of November 2, 2016.

Dated: October 16, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Andrey Belenky

　　　　　　　　　　　　　　　　　　　　　Dmitry Kheyfits — Lead Counsel
　　　　　　　　　　　　　　　　　　　　　New York State Bar No. 4743795
　　　　　　　　　　　　　　　　　　　　　dkheyfits@kheyfits.com
　　　　　　　　　　　　　　　　　　　　　Andrey Belenky
　　　　　　　　　　　　　　　　　　　　　New York State Bar No. 4524898

1

abelenky@kheyfits.com
Hanna G. Cohen
(*Pro Hac Vice* motion to be filed)
hgcohen@kheyfits.com
New York State Bar No. 4471421
KHEYFITS P.C.
1140 Avenue of the Americas
9th Floor
New York, New York 10036
Tel. (212) 203-5399
Fax. (212) 203-6445

Jeffrey G. Toler
(*Pro Hac Vice* motion to be filed)
jtoler@tlgiplaw.com
Craig S. Jepson, SBN 24061364
cjepson@tlgiplaw.com
TOLER LAW GROUP, PC
8500 Bluffstone Cove
Suite A201
Austin, TX 78759
(512) 327-5515


/s/ L. Charles van Cleef

L. Charles van Cleef TX SB #00786305
Van Cleef Law Office
PO Box 2432
Longview, TX 75606-2432
Telephone:  (903) 248-8244
Facsimile:  (903) 248-8249
charles@vancleef.pro

*Attorneys for Plaintiff Complex Memory, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this Monday, October 16, 2017, and that counsel of record and any unrepresented parties who have not consented to electronic delivery have been served by first class mail.

/s/ Andrey Belenky
Andrey Belenky