**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

COMPLEX MEMORY, LLC,

                      Plaintiff

         -against-

TEXAS INSTRUMENTS, INC. and
SVTRONICS, INC.,

                Defendants

Civil Action No.: 2:17-cv-699-JRG

### <u>NOTICE OF DESIGNATION OF MEDIATOR</u>

       Plaintiff/Counter-defendant Complex Memory, LLC ("Complex Memory") hereby notifies

the Court that all parties have agreed to designate a mediator in the above-entitled case:

Honorable David Folsom (Retired)
Jackson Walker L.L.P.
6002 Summerfield Drive, Suite B
Texarkana, Texas 75503
Telephone: (903) 255-3251
Facsimile: (903) 255-3266
Email: dfolsom@jw.com

Dated:  January 12, 2018

Respectfully submitted,

*/s/ Dmitry Kheyfits*
Dmitry Kheyfits — Lead Counsel
New York State Bar No. 4743795
dkheyfits@kheyfits.com
Andrey Belenky
New York State Bar No. 4524898
abelenky@kheyfits.com
Hanna G. Cohen
hgcohen@kheyfits.com
New York State Bar No. 4471421

KHEYFITS P.C.
1140 Avenue of the Americas
9th Floor
New York, New York 10036
Tel. (212) 203-5399
Fax. (212) 203-6445


Jeffrey G. Toler
(*Pro Hac Vice* motion to be filed)
jtoler@tlgiplaw.com
Craig S. Jepson, SBN 24061364
cjepson@tlgiplaw.com
TOLER LAW GROUP, PC
8500 Bluffstone Cove
Suite A201
Austin, TX 78759
(512) 327-5515


*/s/ L. Charles van Cleef*
L. Charles van Cleef TX SB #00786305
Van Cleef Law Office
PO Box 2432
Longview, TX 75606-2432
Telephone:  (903) 248-8244
Facsimile:  (903) 248-8249
charles@vancleef.pro

*Attorneys for Plaintiff Complex Memory, LLC*

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing instrument was served on counsel for all parties via CM/ECF electronic filing, in accordance with the Court's Local Rules, on this Friday, January 12, 2018.

*/s/ L. Charles van Cleef*
L. Charles van Cleef
