**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| COMPLEX MEMORY, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:17-CV-00699-JRG |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS | § | JURY TRIAL DEMANDED |
| INCORPORATED and SVTRONICS, INC., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT SVTRONICS, INC.'S NOTICE OF DISCLOSURES

Pursuant to Local Rule 26(c) and the Court's Docket Control Order (Dkt. No. 34), Defendant SVTronics, Inc. hereby notifies the Court that it timely served its Initial Disclosures on counsel of record for Plaintiff via email on February 22, 2018.

Respectfully submitted,

*Amanda A. Abraham*

Amanda A. Abraham
Texas Bar No. 24055077
Email: aa@rothfirm.com
**ROTH LAW FIRM**
115 North Wellington, Suite 200
Marshall, Texas 75670
Telephone: 903-935-1665

Wesley Hill
State Bar No. 24032294
E-mail: wh@wsfirm.com
Andrea L. Fair
State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy

Longview, Texas 75604
(903) 757-6400 (telephone)

**ATTORNEYS FOR SVTRONICS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 23rd day of February, 2018.  Any other counsel of record will be served by facsimile transmission and/or first-class mail.

AMANDA A. ABRAHAM