**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COMPLEX MEMORY, LLC,<br><br>               Plaintiff<br><br>   v.<br><br>TEXAS INSTRUMENTS, INC. and SVTRONICS, INC.,<br><br>               Defendants. | Case No. 2:17-cv-0699-JRG<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF CHANGE OF FIRM AND
CONTACT INFORMATION FOR DMITRY KHEYFITS**

    Please take notice that the contact information for Dmitry Kheyfits, attorney of record for

Complex Memory, LLC, is now:

> Dmitry Kheyfits
> Kheyfits Belenky LLP
> 1140 Avenue of the Americas, 9th Floor
> New York, New York 10036
> Email:  dkheyfits@kblit.com
> Tel:  212-203-5399
> Fax:  212-203-6445

Dated:  June 20, 2018                               Respectfully submitted,

                                                                           <u>/s/ Dmitry Kheyfits</u>
                                                                          Dmitry Kheyfits
                                                                          New York State Bar No. 4743795
                                                                          dkheyfits@kblit.com
                                                                          KHEYFITS BELENKY LLP
                                                                          1140 Avenue of the Americas
                                                                          9th Floor
                                                                          New York, New York 10036
                                                                          Tel. (212) 203-5399
                                                                          Fax. (212) 203-6445

                                                                          *Attorneys for Complex Memory, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 20th day of June, 2018.

/s/ Dmitry Kheyfits
Dmitry Kheyfits